E-FILED: **7/26/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Joann Daisy* | CASE NO. CV 09-9354-GHK (AJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| *John E. Potter, Postmaster General* | |
| Defendant. | |

Based on our July 26, 2010 Order granting Defendant John E. Potter, Postmaster General's Motion to Dismiss against Plaintiff Joann Daisy ("Plaintiff"), **IT IS HEREBY ADJUDGED** that Plaintiff's Complaint is **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

DATED: July 26, 2010

_____
GEORGE H. KING
United States District Judge